UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:16CV-00484-CRS

**GARY LAMAR JONES-BEY**  PLAINTIFF

VS.

**MARK BOLTON**  DEFENDANT

REPORT AND RECOMMENDATION

Plaintiff Gary Lamar Jones-Bey filed this action on July 28, 2016, *pro se* against Defendant Mark Bolton, Director of Louisville Metro Department of Corrections. (DN 1). Plaintiff was in custody at the time of his filing and subsequently notified the Clerk of Court of his release in December, 2017. (DN 11). The Plaintiff's motion to proceed *pro se* without prepayment of fees was granted and service was perfected on Defendant on March 1, 2017. (DN 11, 13, 18). A timely answer was filed and on March 28, 2017, the District Court entered an order for planning meeting and report to be filed by the parties no later than May 9, 2017. (DN 20). The deadline passed with no report filed and the District Court ordered a new deadline of June 28, 2017. (DN21).

With no report filed by the new deadline, the matter was referred to the undersigned to conduct a hearing regarding the parties' failure to comply with orders of the Court. (DN 22). The hearing was noticed for August 9, 2017, in Courtroom 2 and personal appearance of the Plaintiff and defense counsel was required. The notice was mailed to the last address that Plaintiff provided to the Clerk of Court. (DN 23). There was no return mail or other indication that the Plaintiff did not receive notice of the hearing. On August 3, 2017, defense counsel filed a Rule 26 planning meeting report on behalf of Defendant Bolton. The first numbered paragraph of the report explains

1

the initial delay in filing the report and the filing of the report by Bolton and not jointly by the parties as follows:

> Counsel for the Defendant states that the Plaintiff contacted him for a scheduling conference and Counsel inadvertently lost his phone number resulting in the delay in reporting. Counsel found the number and called Mr. Jones-Bey on August 2, 2017. While briefly discussing the merits, Counsel for the Defendant attempted to set dates and Mr. Jones-Bey hung up on him. Counsel for the Defendant apologizes for the delay in responding to the Court's order.

(DN 24).

Plaintiff failed to appear at the August 9, 2017 hearing and the matter was rescheduled for September 19, 2017, for Plaintiff to show cause as to why the undersigned should not recommend that this action be dismissed due to Plaintiff's failure to prosecute. (DN 25). Notice of the hearing was mailed to Plaintiff at the last address he reported to the Clerk of Court and there is no indication that it was not received. Plaintiff again failed to appear for the hearing.

The undersigned **recommends** that this action be dismissed with prejudice for Plaintiff's failure to prosecute.

## NOTICE

Therefore, under the provisions of 28 U.S.C. §§ 636(b)(1)(B) and (C) and Fed.R.Civ.P. 72(b), the Magistrate Judge files these findings and recommendations with the Court and a copy shall forthwith be electronically transmitted or mailed to all parties. Within fourteen (14) days after being served with a copy, any party may serve and file written objections to such findings and recommendations as provided by the Court. If a party has objections, such objections must be timely filed or further appeal is waived. *Thomas v. Arn,* 728 F.2d 813 (6th Cir.), *aff'd*, 474 U.S. 140 (1984).

Copies:    Gary Lamar Jones-Bey, *pro se*, 6409 North Dr., Louisville, KY, 40272
           Counsel of Record